UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1101 THOMAS P. ONEILL, JR., FEDERAL BUILDING
10 CAUSEWAY STREET
BOSTON, MASSACHUSETTS 0222-1074

FILED
IN CLERK'S OFFICE

MAY 19 A 10:00

**JAMES M. LYNCH**
CLERK

(617)565-6051
FAX (617)565-6087

WORCESTER OFFICE
595 MAIN STREET
WORCESTER, MA 01608-2076
(508)793-0518
FAX (508)793-0541

5/19/04

United States District Court
District of Massachusetts
Harold D. Donohue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608

04-40079

Attention: Deborah Shattuck
Bankruptcy Case/Adversary Preceeding In Re: Stephen S. Gray vs Brian Barnett et al
Bankruptcy Case/Adversary Preceeding In Number: 04-4287

The following documents are being transmitted to your Court:

- ☑ Motion To Withdraw Reference
- ☐ Proposed Order Or Judgement
- ☐ Proceeding With Jury Claim Or Demand
- ☐ Supplementary Memorandum of Decision on Remand and Supplementary Order on Remand
- ☑ Other Memorandum in Support and Docket

Enclosed you will find photocopies of the original papers.

**Please acknowledge receipt of these documents by signing the copy of this letter and returning it to this office for filing.**

☐ United States Bankruptcy Court
1101 O'Neill Federal Building
10 Causeway Street
Boston, MA 02222-1074

☑ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608-2076

Date: 5/19/04

James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

04-40079

Denisha Sanchez
Deputy Clerk
(508) 770-8926

Receipt is acknowledged of the enclosures referred to above and the proceeding has been assigned our number
:_____

Date:_____                                By:_____

**04-40079 JL**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DEHON, INC.*, ) | Case No. 02-41045 (HJB) |
| ) | |
| Debtor. ) | (Substantively Consolidated) |
| ) | |
| * The Debtor, formerly named ) | |
| ARTHUR D. LITTLE, INC., ) | |
| changed its name to Dehon, Inc. ) | |
| following the sale of substantially ) | |
| all of its operating assets pursuant to ) | |
| an order of the Bankruptcy Court ) | |
| dated April 29, 2002. ) | |
| ) | |
| STEPHEN S. GRAY, ) | |
| AS PLAN ADMINISTRATOR OF ) | |
| DEHON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Adversary Proceeding |
| ) | No. 04-04287 |
| BRIAN BARNETT, R. SCHORR ) | |
| BERMAN, JOHN W. BROWN, JILL K. ) | |
| CONWAY, PAUL E. GRAY, JEROME H. ) | |
| GROSSMAN, M.D., MICHAEL ) | |
| HAWLEY, THOMAS JOBSKY, ) | |
| ASHOK S. KALELKAR, MARGARET G. ) | |
| KERR, LORENZO LAMADRID, ) | |
| CHARLES R. LAMANTIA, PAMELA W. ) | |
| MCNAMARA, BERHARD METZGER, ) | |
| ARNO A. PENZIAS, JAVIER ) | |
| ROTLLANT, CLAIR RUSKIN, STUART ) | |
| SAINT, GERHARD SCHULMEYER, ) | |
| PETER WOOD, and ) | |
| WOLFGANG ZILLESSEN, ) | |
| ) | |
| Defendants. ) | |

FILED IN CLERK'S OFFICE
2004 MAY -3 P 3: 54
BANKRUPTCY COURT
WORCESTER, MA.

**DEFENDANTS R. SCHORR BERMAN, JOHN W. BROWN, JEROME H.
GROSSMAN, M.D., PAMELA W. MCNAMARA, ARNO A. PENZIAS,
AND GERHARD SCHULMEYER'S MOTION TO WITHDRAW REFERENCE OF
ADVERSARY PROCEEDING**

BOSTON 1898304v1

5D

Pursuant to 28 U.S.C. § 157(d), defendants R. Schorr Berman, John W. Brown, Jerome H. Grossman, M.D., Pamela W. McNamara, Arno A. Penzias, and Gerhard Schulmeyer move for permissive withdrawal by the district court of the reference to bankruptcy court because *(1)* the primary claims asserted against defendants are non-core proceedings that are not within the expertise and specialized knowledge of the bankruptcy court and for which the bankruptcy court lacks authority to issue final orders, *(2)* defendants are entitled to a trial by jury on the non-core claims and Ms. McNamara is also entitled to a trial by jury on the fraudulent transfer claims asserted uniquely against her, and *(3)* the interest of judicial economy favors withdrawal of the entire reference (including the core claims) to avoid litigating in two separate forums. The grounds for this motion are more fully described in the memorandum of law filed herewith.

R. SCHORR BERMAN, JOHN W. BROWN, JEROME J. GROSSMAN, M.D., PAMELA W. MCNAMARA, ARNO A. PENZIAS, and GERHARD SCHULMEYER,

By their attorneys,

*/s/ Jeffrey B. Rudman*
Jeffrey B. Rudman (BBO #433380)
Paul P. Daley (BBO #112560)
Mark D. Selwyn (BBO #565595)
Jonathan A. Shapiro (BBO #567838)
Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: May 3, 2004

## CERTIFICATE OF SERVICE

I, Mark D. Selwyn, hereby certify that a true copy of the above document has been delivered by hand upon Douglas A. Rosner, Esq. and Julie A. Frohlich, Esq., Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, Massachusetts 02110, and by first class mail upon each of the following:

Charles Bennett, Esq.
Hanify & King, PC
One Beacon Street
Boston, MA 02108
**Attorney for Brian Barnett and Berhard Metzger**

Robert E. Sullivan, Esq.
Sandra Sue McQuay, Esq.
Sullivan, Weinstein & McQuay
Two Park Plaza
Boston, MA 02116
**Attorney for Jill K. Conway and Paul E. Gray**

Russell Conn, Esq.
Conn, Kavanaugh, Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
**Attorney for Michael Hawley**

Pamela Holleman, Esq.
Pat Dinardo, Esq.
Sullivan & Worcester
One Post Office Square
Boston, MA 02109
**Attorneys for Ashok S. Kalelkar and Charles R. LaMantia**

Judith Sturtz Karp, Esq.
Kirkpatrick & Lockhart LLP
1800 Massachusetts Avenue, NW
Washington, DC 20036
**Attorney for Lorenzo LaMadrid**

_____
Mark D. Selwyn

BOSTON 1898504v1